Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−14208−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric Menal−Arthur
   dba Eric Menal−Arthur d/b/a Komputer
   Kafe
   667 Penn Ave.
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−9359

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/23/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 23, 2019
JAN: rah

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-14208-SLM
Eric Menal-Arthur                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin             Page 1 of 2          Date Rcvd: May 23, 2019
                              Form ID: 148            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db          +Eric Menal-Arthur,    667 Penn Ave.,    Teaneck, NJ 07666-1610
518057752   +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
518057753    Hilton Grand Vacation Club,    6533 Metrowest Blvd., Suite 180,    Orlando, FL 32835
518207904   +Hilton Resorts Corporation,    Heidee Randall,    6355 Metrowest Blvd,Suite 180,
              Orlando FL 32835-7606
518057756   +LaSalle Bank National Ass.,    c/o KML Law Group, PC,    216 Haddon Ave., Ste 406,
              Westmont, NJ 08108-2812
518059973   +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518171859   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518057759   +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 23:43:49     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 23:43:46     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +EDI: PRA.COM May 24 2019 03:08:00     Orion,    c/o PRA Receivables Management LLC,    POB 41021,
              Norfolk, VA 23541-1021
518167864    EDI: BECKLEE.COM May 24 2019 03:03:00     American Express National Bank,
              c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
518057749   +EDI: AMEREXPR.COM May 24 2019 03:08:00     Amex,    Correspondence/Bankruptcy,    Po Box 981540,
              El Paso, TX 79998-1540
518057750   +EDI: AMEREXPR.COM May 24 2019 03:08:00     Amex,    Po Box 297871,
              Fort Lauderdale, FL 33329-7871
518057751   +EDI: CITICORP.COM May 24 2019 03:03:00     Citicards Cbna,    Citi Bank,    Po Box 6077,
              Sioux Falls, SD 57117-6077
518057754    EDI: IRS.COM May 24 2019 03:08:00     IRS,    ACS/CDP,   P.O. Box 42346,
              Philadelphia, PA 19101-2346
518057755   +E-mail/Text: jennifer.chacon@spservicing.com May 23 2019 23:44:39
              LaSalle Bank National Ass.,    c/o SPS, Inc.,   3217 S. Decker Lake Dr.,
              Salt Lake City, UT 84119-3284
518057758    EDI: TFSR.COM May 24 2019 03:03:00     Toyota Financial Services,    Attn: Bankruptcy,
              PO Box 8026,    Cedar Rapids, IA 52409,
518057757    EDI: TFSR.COM May 24 2019 03:03:00     Toyota Financial Services,    Attn: Bankruptcy,
              Po Box 8026,    Cedar Rapids, IA 52409
518237639    E-mail/Text: jennifer.chacon@spservicing.com May 23 2019 23:44:39     U.S. Bank NA, et al.,
              c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
518161846*    +Internal Revenue Service,    P.O. Box 7346,    Philadelphia PA 19101-7346
518057760    ##+Trident Asset Management,    53 Perimeter Center East,    Atlanta, GA 30346-2230
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: May 23, 2019
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
           et al. dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
           America, NA, et al. kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marc G. Alster    on behalf of Debtor Eric  Menal-Arthur malster@alsterlaw.com,
           r59840@notify.bestcase.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                  TOTAL: 5